[No. 6556–1. Division One. December 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY LEE FORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83994, James A. Noe, J., entered May 8, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Williams, J.

[No. 6778–1. Division One. December 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HAYWOOD ERWING, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77366, James A. Noe, J., entered June 16, 1978. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Ringold, JJ.

[No. 6798–1. Division One. December 31, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNIE MAE WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82056, David C. Hunter, J., entered July 27, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Ringold, JJ.